**John Wayne SPEAKMAN,
Jr., Appellant,**

v.

**Mary Jo BROGOTO; Jay Haden; Lee E. Wells, Judge; Peggy S. McGraw, Judge; Jackson County Election Board, (2000), Appellees.**

No. 03–2746.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 2, 2003.

Decided Dec. 12, 2003.

John Wayne Speakman, Jr., pro se, Grandview, MO, for Plaintiff–Appellant.

Megan M. Belcher, Blackwell & Sanders, Kansas City, MO, Virginia Hurtubise Murray, Attorney General's Office, Jefferson City, MO, Harlene J. Hipsh, Jackson County Attorney's Office, Kansas City, MO, Bradley A. Constance, Stewart & Cook, Jack C. Terry, Independence, MO, for Defendants–Appellees.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

John Wayne Speakman, Jr. brought the instant action asserting claims under the Equal Protection Clause and 42 U.S.C. §§ 1983, 1985, and 1986. Speakman alleged that defendants conspired to remove his name from the 2000 primary-election ballot for Jackson County Sheriff without affording him the judicial review required under Missouri law. The district court[1] dismissed the complaint and we affirm, as we conclude Speakman's complaint failed to state cognizable federal claims. *See Carpenter Outdoor Adver. Co. v. City of Fenton,* 251 F.3d 686, 690 (8th Cir.2001) (§ 1985); *Gordon v. Hansen,* 168 F.3d 1109, 1113 (8th Cir.1999) (per curiam) (§ 1983); *Miller v. Benson,* 51 F.3d 166, 170 (8th Cir.1995) (this court may affirm on any ground supported by record); *Seltzer–Bey v. Delo,* 66 F.3d 961, 964 (8th Cir.1995) (equal protection); *Kaylor v. Fields,* 661 F.2d 1177, 1184 (8th Cir.1981) (§ 1986 cause of action depends on valid § 1985 claim).

1. The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

Accordingly, we affirm. *See* 8th Cir. R. 47B.